**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JESSICA MAIORANO by and through**
**JAMES MAIORANO, as next friend, and**
**JACLYN COSTELLO, a minor by and**
**through JOANNE COSTELLO, as next**
**friend**

                     **Plaintiff,**

**-vs-**                                             **Case No. 6:05-cv-107-Orl-19KRS**

**GILBERTO SANTIAGO, JOHN DOES 1-**
**5, ORANGE COUNTY SHERIFF'S**
**OFFICE, jointly, severally and/or in the**
**alternative.,**

                     **Defendants.**

## ORDER

This cause came on for consideration by the Court *sua sponte* after review of the parties' Joint Final Pretrial Statement and accompanying documents. The documents submitted are deficient in the following respects:

1. Plaintiffs assert "Plaintiffs' Objection" in response to some of the exhibits listed by the Defendants. This objection is insufficient because it does not state the legal basis of the objection. *See* Doc. No. 25 at 8.

2. Plaintiffs stipulate to admission of Defendants' exhibit 18 if offered for impeachment purposes only. If Plaintiffs have any objection to the exhibit if offered into evidence, they must state that objection with specificity.

3.     The parties have submitted more than one set of jury instructions. Under the Case Management and Scheduling Order, the parties must incorporate all proposed jury instructions into one document. *See* Doc. No. 25 at 9. To the extent that the parties disagree about a particular instruction, they should present clearly marked alternative instructions (such as Plaintiff's Proposed Instruction No. 8 followed by Defendant's Proposed Instruction No. 8). When a party objects to a proposed instruction, the objecting party shall state at the bottom of the proposed instruction the basis of the objection and the legal authority relied upon to support the objection. The instructions must be collated in the order in which they would be read to the jury. *See* Eleventh Circuit Pattern Jury Instructions (Civil Cases) 2005 at 23-24 (Index to Basic Instructions).[1]

4.     The parties have submitted more than one verdict form. Under the Case Management and Scheduling Order, the parties may submit only one jointly-proposed jury verdict form. Doc. No. 25 at 9.

5.     The parties have submitted more than one set of voir dire questions. Under the Case Management and Scheduling Order, the parties may submit only a single list of jointly-proposed questions for the Court to ask the venire during voir dire. Doc. No. 25 at 9.

Accordingly, it is **ORDERED** that the parties' Joint Final Pretrial Statement and accompanying exhibits, doc. no. 58, are **STRICKEN**. It is further **ORDERED** that the parties shall

---

[1] The parties should also review the instructions to eliminate conflicting provisions. For example, the proposed preliminary instructions include instructions permitting the jurors to take notes and not permitting the jurors to take notes.

file a revised Joint Final Pretrial Statement with supporting documents that comply with the local rules and orders of this Court on or before July 11, 2006.

**DONE** and **ORDERED** in Orlando, Florida on July 6, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties